**19 DET CLEARY - EVIDENCE 1237 RUTLEDGE ST 2ND FLOOR**

MADISON POLICE DEPARTMENT

Case No: 2024-114033 Supplement
Ref. No:

Report Completed: 05/31/2024
Case Offense: DRUG INVESTIGATION
Reporting Officer: Det. Nicholas Cleary, #5436
Special Routing:

**SUSPECT:** SHAVARIM J WICKS
M/B, DOB 01/10/1978

| Tag # | Description | Where Found | Found By |
|---|---|---|---|
| 554136 | 26.4 pounds of suspect methamphetamine (including packaging) located inside of duffle bag | Room 1 floor under exercise equipment – Rutledge St | Officer T Dahms |
| 554137 | Smith & Wesson SD9 9mm handgun | Room 1 drawer in kitchenette area – Rutledge St | Sgt N Lujan |
| 554138 | 8 unspent cartridges from Smith & Wesson handgun magazine | Room 1 drawer in kitchenette area – Rutledge St | Sgt N Lujan |
| 554139 | 14.8 grams of suspect marijuana | Green Crown Royal bag located on floor of Room 1 – Rutledge St | Officer T Dahms |
| 554140 | Various packaging of 14.8 grams of suspect marijuana | Green Crown Royal bag located on floor of Room 1 – Rutledge St | Officer T Dahms |
| 554141 | 166.6 grams of suspect heroin | Blue/White paper plate from top of kitchen cupboards of Room 2 – Rutledge St | Det D Mertz |
| 554142 | Blue/White paper plate holding 166.6 grams of suspect heroin | Top of kitchen cupboards of Room 2 – Rutledge St | Det D Mertz |
| 554143 | 9.3 pounds of suspect marijuana | Closet of Room 2 – Rutledge St | Officer C Youngquist |
| 554144 | 1.4 pounds of suspect marijuana | Closet of Room 2 – Rutledge St | Officer C Youngquist |
| 554145 | Paper copies residential lease applications | Computer desk of Room 1 – Rutledge St | DCI SA Kyle Dilley |
| 554197 | $219 in US Currency - $1, 5, 10 Denominations | Coffee Table of Room 2 – Rutledge St | Dep M Corrigan |

Ex. 4, Report Describing Search

PURNELL ET AL_002706

**PROPERTY – 1237 RUTLEDGE ST, MADISON, WI**

**INITIAL INFORMATION**

On 05/29/2024, I was assigned as a detective with the City of Madison Police Department to the Dane County Narcotics Task Force. On the above date, I was assigned to assist as evidence lead for a search warrant at 1237 Rutledge St, city of Madison, Dane County, WI. I was aware prior to this warrant execution, Shavarim Wicks had been arrested pursuant to a traffic stop in downtown Madison.

**TRAINING AND EXPERIENCE:**

I have been employed by the city of Madison Police Department since September 2016 at which time I attended the Madison Police Pre-Service Academy. Prior to this, I was employed as a Police Officer for the city of Fitchburg Police Department for 7 years. During this time, I attended the Fox Valley Technical College Police Academy, graduating in December 2009. I have been a member of the Madison Police Special Weapons and Tactics (SWAT) team since 2019, promoted to the rank of Detective in 2022, and currently assigned to the Dane County Narcotics Task Force in a Detective capacity.

Through my 14 years in Law Enforcement, I have assisted in dozens of drug related investigations of varying sophistication and varying amounts of controlled substances. Through this time, I have gained experience in surveillance techniques, as well as the habits of drug buyers, users, and sellers. I have received instructional blocks in multiple Police Academies regarding the identification and presumptive testing of suspected narcotics as well as common narcotics packaging and distribution methods.

I was trained in the use of the Nark II Narcotics Testing Pouches in the spring of 2010 by Officer Christopher Larson of the Fitchburg Police Department. I was again trained on the use of the Nark II Narcotics Testing Pouches in the fall of 2016 by Detectives Caleb Johnson and Scott Reitmeier of the Madison Police Department. Through my time as a Law Enforcement Officer, I have found these test results to be reliable in the past.

**1237 RUTLEDGE ST SEARCH WARRANT**

On Wednesday, May 29th, 2024, I assisted additional Dane County Narcotics Task Force personnel in entering 1237 Rutledge St pursuant to this investigation. Information had been obtained indicating 2 rooms in the upper level of this home had been rented and/or used by Shavarim Wicks as well as an identified associate of his. For specific information regarding the room rentals/associates, refer to Detective Kellogg's reports. Task Force personnel remained outside of these doors until a search warrant was signed for both rooms.

At approximately 4:27 PM, Detective Kellogg indicated a warrant was signed for both of these rooms. At approximately 4:31 PM, Task Force personnel cleared what was later designated as Room 1. At approximately 4:32 PM, Task Force personnel cleared what was later designated as Room 2. Information regarding those rooms is below. Assisting in the search of these rooms were Sergeant Nathaniel Lujan, Detectives David Mertz, Leslie Keith, Todd Dosher, DCI Special Agents Kyle Dilley and David Hall, Deputy Michael Corrigan, and Officers Thomas Dahms and Carson Youngquist. Detective Mertz took initial overall photographs of these rooms prior to police searching the rooms.

Ex. 4, Report Describing Search

I took photographs of evidentiary items located and overall photographs of these rooms at 1237 Rutledge St at the conclusion of searching. These photographs were later uploaded onto the secure Task Force server.

**RESIDENCE LAYOUT**

Rutledge St is located in the downtown, isthmus portion of the city of Madison. The street generally runs in a southwest to northeast fashion. For simplicity of description, I will refer to the front door of 1237 Rutledge as facing generally north towards Rutledge St. The back door of 1237 Rutledge St faces generally south towards Lake Monona.

Upon entering the front door and traveling south, a staircase is located. This staircase initially runs south but then takes a 90 degree turn to the west. The staircase then ends on the 2nd story landing with bedrooms running generally from north to south. The two rooms identified for the sake of this search warrant are located immediately to the north and south of the staircase as it reaches the 2nd story landing. The room located to the south of the staircase was designated as Room #1. The room located to the north of the staircase was designated as Room #2. Both of these rooms were located on the east side of the hallway of the 2nd story.

**ROOM #1 EVIDENCE**

Officer Dahms, Sergeant Lujan, and DCI Special Agent Dilley conducted the search of Room #1. This is a single bedroom within this structure with a small closet on the north wall. Adjacent to this closet was a small exercise equipment structure, and adjacent to this was a computer desk. The southeast corner of this room has a recessed small closet area with a sink that will be referred to as a kitchenette. This sink area included multiple cupboards and cabinets. A bed is located in the southwest corner of the main singular bedroom area.

Officer Dahms located a gray zip-up luggage bag with orange trimmings under the equipment structure on the north side of the bedroom. Inside of this luggage bag were three vacuum sealed bags that were all approximately 2.5-3 feet in length. Inside of these bags were "burrito" style brown/tan packages which totaled approximately 8 of these "burrito" style packages in each bag. These "burrito" packages were later determined to contain suspect methamphetamine. Of note, all three of these large vacuum sealed bags were still vacuum sealed and intact. This luggage bag was collected with all of these suspect methamphetamine packages still inside of it.

Inside of the top white pull-out drawer in the recessed kitchenette area, Sergeant Lujan located a black Smith & Wesson SD9 9mm handgun. This firearm was determined to have serial number **DWM8516.** There were 8 unspent rounds located in the magazine of this firearm. There was not a round chambered at the time this firearm was located. A data check was conducted of the serial number for this firearm, which revealed this firearm was listen as stolen through NCIC records through the city of Janesville in 2015. This firearm was collected for evidentiary purposes.

Adjacent to the foot of the bed, Officer Dahms located a green felt Crown Royal bag. Inside of this bag, 3 separate commercially packaged suspected marijuana packs were located. An additional clear glass jar with a black/gold lid with suspect marijuana was also located in this area. Additional luggage bags in this area also contained multiple types of medication containing the name of Shavarim Wicks. The suspect marijuana was collected for evidentiary

purposes, and medication containing the name of Shavarim Wicks was photographed. Additional paperwork located and photographed in this area included a utility bill for "People's Gas" addressed to Shavarim Wicks at 6346 S Fairfield Ave, Apt #3, Chicago IL.

On the computer desk area, DCI SA Dilley located two paper copies of what appeared to be Residential Lease Applications. The listed name for the applicant was Jamar Purnell with a birthdate of 11/20/1976. In the section listed as current address, the address of 1237 Rutledge St with "2 bedrooms" was listed. The listed landlord was Susan LaCava, who was contacted at this residence prior to the search warrant execution. This paperwork was collected for evidentiary purposes.

**ROOM #2 EVIDENCE**

Detectives Mertz and Dosher, Deputy Corrigan, and Officer Youngquist conducted a search of Room #2. This is a room consisting of a single room and a small recessed closet. There is a kitchen area replete with a cooking area, refrigerator, and kitchen cupboards on the western wall, furniture consistent with a living room structure, and a small recessed closet located in the southeast corner of the room.

On top of the northern portion of the kitchen cupboards, Detective Mertz located a white/blue paper plate. On top of this plate was a large amount of a gray rock-like substance, which based on our training and experience, we believed to be heroin. This substance was in large rock-like chunks and loose on the paper plate. For transportation and safety purposes, we utilized a full Ziploc style baggie located in a kitchen cupboard to safely secure this paper plate and suspected heroin. Inside of an additional kitchen cupboard above the stove, Detective Mertz located numerous boxes of plastic sandwich baggies, predominantly made up of "That's Smart" brand baggies. These were photographed for evidentiary purposes, as we are aware these low-cost baggies are often utilized by drug dealers to separately package smaller amounts of drugs and other illicit substances.

Additionally, Detective Mertz located numerous rolls of vacuum seal baggies inside of a "Food Saver" box. I know Food Saver to be a brand of vacuum seal products. Deputy Dosher also located a Food Saver brand vacuum seal device, including a Food Saver box, in the closet area.

Inside of a cut-out portion of the coffee table in the center of the room, Deputy Corrigan located a small stack of US Currency. This currency appeared to be primarily made up of $1, $5, and $10 bills upon our initial observation. This currency was collected for evidentiary purposes.

On the top shelf in the recessed closet, Deputy Dosher and Officer Youngquist located a white/green tote bag. Inside of this bag, they located 2 large vacuum sealed bags of a large amount of a green, leafy substance. Based on our training and experience, we believed this to be marijuana. Officer Youngquist then located a black luggage bag inside of the same closet which housed 4 more very large vacuum sealed baggies of a green, leafy substance which we also believed to be marijuana. Based on the initial observations of all of this suspect marijuana, we believed there were numerous pounds of marijuana in total. We collected the green and white tote bag holding the suspect marijuana as well as the black luggage style baggie containing the suspect marijuana for evidentiary purposes.

Inside of the refrigerator on a shelf located on the door, DCI Special Agent David Hall located medication with the name of Shavarim Wicks affixed to it. This medication was labeled as

Ex. 4, Report Describing Search

PURNELL ET AL_002709

Humulin. A photograph was taken of this medication. I also observed two license plates from the state of Illinois with the registration of **DR58597.** I took photographs of this registration plate set as well.

**PROPERTY**

I collected the evidentiary items and placed them into my Task Force vehicle. I ultimately conveyed the items to the Task Force office.

All items were property tagged consistent with the evidence table at the top of this report. All items were placed into TSKF locker #25. Photographs taken on my department issued cell phone were transferred to the secure Dane County Narcotics Server.

**NARK II TESTING/DRUG WEIGHT – SUSPECTED METHAMPHETAMINE**

Upon returning to the Task Force Office, Deputy Dosher and I discussed the vacuum sealed suspected methamphetamine and potential packaging options. We determined we would weigh each vacuum sealed package individually without removing the contents. The "UWE" digital scale utilized for this weighing procedure was stuck at a "zeroing weight" display of .3 lbs. Upon weighing each vacuum sealed package, we received a displayed weight of 8.8 pounds. This would indicate each bag, separately, weighed 8.5 pounds with packaging. The total weight of this packaging and suspected methamphetamine came out to 26.4 pounds.

Based on the consistency in packaging within each bag, we believed based on our training and experience that each of the "burritos" located inside of this packaging was likely the same drug. Utilizing a pocket knife, Lieutenant Hartman carefully cut open the bottom portion of one of the vacuum sealed packages and created a slit in one of the tan/brown "burritos". Upon doing so, we observed an opaque white crystal-like substance which we recognized based on our training and experience to be suspected methamphetamine.

After extracting a small sample of this suspected methamphetamine, I utilized a Nark II narcotics testing kit to test for the presence of methamphetamine. I received a presumptive positive test result for methamphetamine for this substance.

**NARK II TESTING/DRUG WEIGHT – SUSPECT HEROIN**

Upon returning to the Task Force Office, I utilized the BrainWeigh B3000D digital scale to weigh the suspected heroin which was located on the white/blue paper plate in Room 2. I initially weighed the heroin on the blue/white paper plate with the Ziploc baggie still around the package. This initial weight was 195.0 grams with packaging. I then weighed the suspect heroin without packaging which totaled 166.6 grams.

Utilizing a Nark II Mecke's Reagent Test, I tested a sample of this suspected heroin. I received a presumptive positive test result for the presence of heroin.

**NARK II TESTING/DRUG WEIGHT – SUSPECT MARIJUANA**

Upon returning to the Task Force Office, I weighed the suspect marijuana vacuum sealed bags separately from each other. This was done with the same digital "UWE" brand scale which was used to weigh the suspected methamphetamine. The scale was still displaying a "zeroing weight" of .3 pounds. A total of 6 vacuum sealed bags of suspect marijuana were weighed on

Ex. 4, Report Describing Search

this scale. Those weights had the following displayed weights without any adjustments made for the .3 pound "zero weight":

2.65 pounds
1.40 pounds
2.40 pounds
1.45 pounds
1.40 pounds
1.40 pounds

Due to box size and packaging constraints, one of the 1.4 pound vacuum sealed bags of marijuana was packaged separately from the remainder of the marijuana. A total weight, not adjusting for the .3 pound display prior to the weighing of each package, of suspect marijuana was totaled at 10.7 pounds.

Utilizing a Duquenoise-Levine NARK II reagent test kit, I tested a small sample of the suspect marijuana. I received a presumptive positive test result for the presence of THC in the suspect marijuana.

**US CURRENCY**

During this evidence tagging process, I provided the US Currency located by Deputy Corrigan to Sergeant Nick Skrepenski of the Dane County Sheriff's Office to be run through the Jetscan money scanner to check for the presence of any controlled buy money. I observed Sergeant Skrepenski was encountering errors with the Jetscan money counter at the time of evidence processing. It was ultimately determined this US Currency would be placed into a secure safe in Lieutenant Hartman's office overnight for further processing after the Jetscan money scanner issues could be resolved.

Upon returning to duty on the following date of May 30th, 2024, Sergeant Skrepenski provided me with the sealed bag of US Currency which had been obtained from Room 2. This US Currency totaled $219. This currency was compromised of $1, $5, and $10 bills. No controlled buy money was detected in this US Currency.

**ITEMS TO BE PROPERTY TAGGED**

At the conclusion of this initial property tagging, the luggage pieces which originally housed the suspect methamphetamine and suspect marijuana were placed into a temporary locker. I retained possession of the key for this temporary locker after these items were placed into the locker. Upon returning to duty on Monday, June 3rd, 2024, I will property tag these items. These particular items are not deemed as "sensitive" by MPD standards and thus were left to be property tagged at a later time.

Investigation continues.

Detective Nicholas Cleary, #5436
City of Madison Police Department
Dane County Narcotics Task Force

Ex. 4, Report Describing Search