# 16 DET FEENEY – INTERVIEWS AT RUTLEDGE

## MADISON POLICE DEPARTMENT

**Case No:** 24-114033 Supplement

**Report Completed:** 5/30/2024
**Case Offense:** DRUG INVESTIGATION
**Reporting Officer:** Det. Dan Feeney #4349

**SUSPECT:**      **Shavarim J.V. Wicks**                **\*\*ARRESTED**
M/B, DOB: 1/10/1978, HT/WT: 5'08"/200lbs, Blk/Bro
1237 Rutledge St. Apt 3, Madison, WI 53704

**CONTACT:**      **Susan C. LaCava**
F/W, DOB: [Redacted]1947, HT/WT: 5'03"/170lbs, Gry/Haz
1237 Rutledge St. Apt 1, Madison WI, 53704
608-258-1335

**CONTACT:**      **Gerald nmi Harris**
M/B, DOB: [Redacted]1958, HT/WT: 5'09"/250lbs, Blk/Bro
1237 Rutledge St. Apt 2, Madison, WI 53704
608-622-4550

## INITIAL INFORMATION

On Wednesday May 29th, 2024, I was employed as a detective for the Dane County Sheriff's Office assigned to the Dane County Narcotics Task Force. I attended a search warrant briefing reference an address of 1237 Rutledge St. in the City of Madison. MPD Detective Kellogg is the assigned case detective. It was determined the suspect, identified as Shavarim J.V. Wicks, would likely be operating a blue Ford Escape. A traffic stop would be conducted of Wicks, where he would be placed under arrest for existing probable cause for drug related charges. Subsequently, detectives with the DCNTF would respond to 1237 Rutledge St. to make contact with the landlord prior to a search warrant being conducted on the residence.

## TRAFFIC STOP/ARREST OF WICKS

At approximately 2:50 p.m., I heard over the radio DCNTF personnel had visual of Wicks who was operating the blue Ford Escape. A short time later, a traffic stop of Wicks was conducted on Milwaukee St. in the City of Madison.

At approximately 3:02 p.m., I heard over the radio Wicks was placed under arrest.

## CONTACT AT 1237 RUTLEDGE ST

Once Wicks was taken into custody, it was requested DCNTF personnel respond to 1237 Rutledge St. to make contact with the home owner, Susan C. LaCava, as well as other tenants residing at the residence. I responded to 1237 Rutledge where I made contact with LaCava and one of her tenants, Gerald 'Ace' Harris, in the rear of the property.

## STATEMENTS BY SUSAN C. LACAVA

At approximately 3:10 p.m., I spoke with LaCava on the rear porch of her residence. LaCava identified herself verbally to me as the owner of 1237 Rutledge St. LaCava stated the property is broken up into three separate apartments. LaCava identified the first floor of the residence to be her living quarters. LaCava indicated the second floor of the residence had multiple rooms which she rented out to two separate tenants.

PAGE 1

Ex. 5, Report of Detective Feeney

PURNELL ET AL_002698

LaCava stated she rents out apartment 2 to Gerald Harris.  Apartment 3 is rented out to an individual who she identified as Jay Purnell.

LaCava indicated her renters did not have access to her apartment on the first floor.  LaCava stated there are two entrances to the property.  LaCava stated she primarily uses the rear entrance on Orton Ct. for her apartment, while the renters on the second floor use the front entryway which faces Rutledge St. to enter their apartment.   LaCava indicated there is a stairwell which leads to the second floor apartments.  LaCava stated the front entryway and stairwell is a common area which she has access to from her first floor apartment.

I asked LaCava if she would be willing to show me the common stairwell and apartments on the second floor of the residence.  LaCava lead me through her first floor apartment to the stairwell on the east side of the property.  The second floor of the property contained three locked doors in a hallway with an open door at the rear of the residence which was a bathroom.  LaCava pointed out a door on the north west side of the hallway, which she identified as apartment 2, which she rents to Harris.

LaCava further pointed out two separate doors which she identified as apartment 3, rented out by Purnell.  LaCava identified the locked door on the north east side of the residence directly next to the stairwell as Purnell's apartment.  LaCava further identified a door to the left of the stairwell on the east side of the residence as Purnell's apartment as well.  The second door was a gray metal door with no door handle, just a lock. LaCava indicated Purnell installed the gray colored metal door on the apartment. LaCava stated she does not have keys to Purnell's apartment.

I asked LaCava if she knew what type of vehicle Purnell was operating while renting a room at her property.  LaCava stated she did not pay any attention to vehicles her renters were operating.

LaCava stated Purnell has been renting a room from her for approximately one year.  LaCava attempted to, but was unable to locate a lease for Purnell.

**PURNELL IDENTIFIED**
I showed a picture of Jamar M. Purnell M/B 11/20/1976 to LaCava.  I asked LaCava if she could identify this individual.  LaCava stated, 'Oh that's Jay.'

I verified with LaCava, that the subject within the photograph was the individual she rented out apartment 3 from her.  LaCava stated it was.

**STATEMENTS BY GERALD 'ACE' HARRIS**
I spoke with Gerald Harris on the front porch of 1237 Rutledge St.  Harris stated he rents out apartment 2 on the second floor of the residence.  Harris described his room as being on the second floor on the north west side of the hallway.

Harris stated there were two other individuals who he has seen at the property.  Harris identified the two individuals as Jay and Fresh.

I showed a picture of Purnell to Harris.  I asked Harris if he was able to identify the subject in the photograph. Harris stated, "That's Jay."   Harris indicated he has seen Purnell at 1237 Rutledge.

Ex. 5, Report of Detective Feeney

PURNELL ET AL_002699

Harris was shown a photograph of the blue Ford Escape operated by Wicks. Harris indicated that vehicle belonged to 'Fresh' who is a friend of Purnell. Harris stated Fresh is at the apartment frequently.

**END OF REPORT**

Detective Dan Feeney #4349
Dane County Sheriff's Office
Dane County Narcotics Task Force

Ex. 5, Report of Detective Feeney

PURNELL ET AL_002700