IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>          vs.<br><br>SHAVARIM J. WICKS,<br>                    Defendant. | AFFIDAVIT OF SHAVARIM WICKS<br><br>Case No. 25-CR-63-wmc-002 |

State of Wisconsin,

County of Dane

    I, Shavarim J. Wicks, swear and affirm that the following is true.

    1.    Around May 2024, I occasionally stayed as an overnight guest at Jamar Purnell's upstairs apartment at 1237 Rutledge Street, Madison, WI.

    2.    I reviewed photos of items that were seized from this apartment on May 29, 2024.

    3.    The photo with bates stamp 86 is my overnight bag. It contains my clothing, the box for my prescription insulin and other overnight items. The photo with bates stamp 87 is a close up of the insulin box that was in my overnight bag.

    4.    The photo with bates stamp 88 is my blood pressure medicine.

    5.    The photo with bates stamps 109 shows my prescription insulin in the refrigerator in Purnell's apartment. The photo with bates stamp 110 is a close

up of the insulin from the refrigerator. I was directed to take this insulin twice per day.

6. The photo with bates stamp 114 is a gas bill addressed to me at my address in Chicago.

*Shavarim Wicks*
Shavarim J. Wicks

Subscribed and sworn
before me this 25th day of
February 2026.

My commission is permanent.





Ex. 6, Aff. of Shavaris Wicks and Attachments


Ex. 6, Aff. of Shavarim Wicks and Attachments

PURNELL ET AL_000087





Ex. 6, Aff. of Shavarim Wicks and Attachments



Ex. 6, Aff. of Shavarim Wicks and Attachments

PURNELL ET AL_000110



ACCOUNT NUMBER: 0734686426-00003    INVOICE: 50018039

PEOPLES GAS®

ACCOUNT NU

4048  1 AV 0.507    IWEC004B000000019148 01

SHAVARIM WICKS
APT 3
6346 S FAIRFIELD AVE
CHICAGO IL 60629-2371



Peoples Gas
PO Box 6050
Carol Stream IL 60197-6050

Ex. 6, Aff. of Shavarim Wicks and Attachments