IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                Plaintiff,
    vs.
                                      Case No. 25-CR-63-wmc-002
SHAVARIM J. WICKS,
                Defendant.

---

MOTION FOR BILL OF PARTICULARS-IDENTITY OF UNINDICTED CO-CONSPIRATORS

---

      Shavarim Wicks, pursuant to Federal Rule of Criminal Procedure 7(f), moves this Court to order the government to provide a bill of particulars containing the names of the unindicted co-conspirators in count 1 and the dates that those individuals allegedly joined the conspiracy.

      Dated at Madison, Wisconsin this 26th day of February 2026.

                                                Respectfully submitted,

              By:
                                                  /s/
                                           Robert T. Ruth

Robert T. Ruth Law Offices, S.C.
7 N. Pinckney Street, #240
Madison, WI  53703
(608)257-2540

*Certificate of Service*

I hereby certify that I served a true copy of this document on the government and all co-counsel via the ECF system.

_____/s/_____
Robert T. Ruth
