

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

Telephone 608/264-5158
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

March 6, 2026

| | | |
|---|---|---|
| Attorney Kathleen Quinn<br>324 E. Wisconsin Ave - Suite 1410<br>Milwaukee, WI 53202 | Attorney Rob Ruth<br>7 N. Pinckney Street - Suite 240<br>Madison, WI 53703 | Attorney Zaki Zehawi<br>122 W. Washington - Ste. 600<br>Madison, WI 53703 |
| Attorney Andrea Schoenherr<br>Nicholson Goetz & Otis, S.C.<br>22 East Mifflin Street - Suite 90<br>Madison, WI 53703 | Attorney Toni Laitsch<br>Knoll & Laitsch, SC<br>121 S Pinckney St - Ste 550<br>Madison, WI 53701 | Attorney Greg Dutch<br>Law Office of Gregory N. Dutch<br>1930 Monroe Street - Suite 327<br>Madison, WI 53711 |
| Attorney Peter Moyers<br>The Moyers Law Firm LLC<br>601 Sawyer Terrace - Box 5041<br>Madison, WI 53705 | Attorney Bill Jones<br>Jones Law Firm<br>P.O. Box 44188<br>Madison, WI 53744 | Attorney Jeffrey Jensen<br>Law Offices of Jeffrey W. Jensen<br>161 S. First Street, Suite 200<br>Milwaukee, WI 53204 |
| Attorney Martin J. Pruhs<br>Pruhs & Donovan, S.C.<br>757 North Broadway - Suite 401<br>Milwaukee, WI 53202 | Attorney Thomas J. Erickson<br>316 N. Milwaukee Street<br>Suite 550<br>Milwaukee, WI 53202 | Attorney Mark Maciolek<br>Maciolek Law Group LLC<br>750 Windsor Street, Suite 206<br>Sun Prairie, WI 53590 |
| Attorney Jeff Nichols<br>P.O. Box 8857<br>Madison, WI 53708 | Attorney Sarah Schmeiser<br>Stroud, Willink & Howard, LLC<br>33 E. Main Street, Suite 610<br>Madison, WI 53703 | Attorney Erika Bierma<br>Axley Brynelson, LLP<br>2 E. Mifflin Street., Ste. 200<br>Madison, WI 53701 |
| Attorney Josh Adams<br>Law Offices of Joshua B. Adams, PC<br>900 W. Jackson Blvd. Suite 7 East<br>Chicago, IL 60607 | Attorney Daniel Radakovich<br>Law Offices of Daniel E. Radakovich<br>900 W. Jackson Blvd. Suite 5E<br>Chicago, IL 60607 | |

Re:   *United States of America v. Jamar M. Purnell et al*
       Case No: 25-cr-63-wmc

Dear Counsels:

Enclosed please find additional bates numbered discovery in this case. The additional discovery is listed on the provided discovery log. The Bates labeling ranges from PURNELL ET AL_090542 to PURNELL ET AL_090599.

March 6, 2026
Page 2

      If you have any questions regarding this matter, please do not hesitate to contact me.

                                               Very truly yours,

                                               CHADWICK M. ELGERSMA
                                               United States Attorney

                                             By: /s/_____
                                               KATHRYN GINSBERG
                                               STEVEN P. ANDERSON
                                               Assistant United States Attorney